IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GATEWAY LUMBER CO. et al. (TIMES MIRROR LAND AND TIMBER CO.),

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

Consolidated under lead case No. 435-87C (No. 364-86C) (Judge Bruggink)

STIPULATION OF DISMISSAL

Having concluded a settlement agreement, the parties stipulate to the dismissal, with prejudice, of the complaint and the counterclaim in this action, Times Mirror Land and Timber Co. v. United States, No. 364-86C, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John W. Showalter
JOHN W. SHOWALTER
Assistant Director

s/Steven A. Miller for WFL
WILLIAM F. LENIHAN
Schwabe, Williamson & Wyatt
U.S. Bank Centre, Suite 3500
1420 Fifth Avenue
Seattle, Washington 98101

OF COUNSEL:

ANDREW R. GALA
Schwabe, Williamson & Wyatt
U.S. Bank Centre, Suite 3500
1420 Fifth Avenue
Seattle, Washington 98101

Attorneys for Plaintiff

Dated: October 14, 2003

s/Richard P. Nockett

RICHARD P. NOCKETT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W. (8th Floor)
Washington, D.C. 20530
Tele: (202) 307-1134

Attorneys for Defendant

Dated: October 21, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 21st day of October 2003 I caused copies of the foregoing "STIPULATION OF DISMISSAL" to be served upon the following individuals by facsimile and also by United States mail (first-class, postage prepaid):

WILLIAM F. LENIHAN, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101

ANDREW R. GALA, Esq.
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, Washington 98101

______________________________